UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL L. RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>KIMBERLY A. SEIBEL,<br><br>    Respondent. | No. CV 17-4636 JVS (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 20, 2017

JAMES V. SELNA
United States District Judge